1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW M. YELOVICH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5 |

**FILED**

MAY 05 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,

Plaintiff,

12 | v.

13 | KAY LEE,

14 |

Defendant.

15 |

CASE NO.  2:15-MJ-091 CKD

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT

16 |         The government's application to unseal a redacted copy of the criminal complaint and

17 | underlying affidavit is HEREBY GRANTED as follows:

18 |         The case is unsealed with the exception of the original complaint and affidavit.  The original

19 | complaint and its accompanying affidavit will remain sealed.  The Clerk is directed to file a redacted

20 | copy of the complaint and affidavit on the public docket.

21 |         SO ORDERED.

22 | Dated: May 5, 2015                    By: _____

23 |                                            HON. ALLISON CLAIRE
                                            United States Magistrate Judge

24 |

25 |

26 |

27 |

28 |