PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KAY LEE,<br><br>                    Defendant. | CASE NO. 2:15-CR-115<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: October 13, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 13, 2016.

2. By this stipulation, the parties now move to continue sentencing until October 20, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.


Dated: October 6, 2016                                              PHILLIP A. TALBERT
                                                                                    Acting United States Attorney

                                                                                     /s/ MATTHEW M. YELOVICH

STIPULATION AND ORDER REGARDING CONTINUANCE                    1

                                             MATTHEW M. YELOVICH
                                             Assistant United States Attorney

Dated:  October 6, 2016                  /s/ GREGORY FOSTER
                                             GREGORY FOSTER
                                             Counsel for Defendant
                                             KAY LEE

**ORDER**

IT IS SO ORDERED this 7th day of October, 2016.

                                             THE HONORABLE TROY L. NUNLEY
                                             UNITED STATES DISTRICT JUDGE