PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAY LEE,<br><br>Defendant. | CASE NO. 2:15-CR-115<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: October 20, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 20, 2016.

2. By this stipulation, the parties now move to continue sentencing until October 27, 2016, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing. The government requests this additional continuance to consider additional anticipated information relevant to formulating its sentencing recommendation to this Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 17, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: October 17, 2016 | /s/ GREGORY FOSTER<br>GREGORY FOSTER<br>Counsel for Defendant<br>KAY LEE |

### ORDER

IT IS SO ORDERED this 17th day of October, 2016.

Troy L. Nunley
United States District Judge